UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL SALEM,                                  :

                                                :

                                                : 10 Civ. 9441 (BSJ)(THK)
                              Plaintiff,         :

            -against-                            :       **SCHEDULING ORDER**

                                                :

                                                :
CITY OF NEW YORK,                               :

                                                :
                              Defendants.        :

                                                :
----------------------------------------X
**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

        This action having been referred to this Court for general

pretrial supervision; and a pretrial conference having taken place;

it is hereby ORDERED:

        1. There shall be no further amendments of the pleadings or

joinder of additional parties without good cause shown.

        2. All pretrial discovery in this matter shall be completed by

October 14, 2011.

        3. All dispositive motions, if any, seeking resolution, in

whole or in part, of the issues to be raised at trial shall be

served on or before November 14, 2011.  Answering papers to any

such motion shall be served within 30 days of receipt of service;

the movant party shall have 15 days thereafter to serve Reply

papers.

        4. The following rules shall govern all pretrial activity in

this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them.  If disputes cannot be resolved, they should be brought to the Court's attention by letter.  This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions.  A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies.  In all other cases, applications must be made by letter to my chambers.  If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz."  The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

2

_____
Theodore H. Katz
United States Magistrate Judge

Dated:      May 24, 2011
            New York, New York